469 A.2d 309

Commonwealth v. Salvatore, Appellant.
Petition for Allowance of Appeal
Denied March 29, 1984.

Submitted October 14, 1983. John H. Corbett, Jr., Public Defender, for appellant;

Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The judgment of sentence of the learned Allegheny County Common Pleas Court Judge Gerard M. Bigley is affirmed.